# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLLAND HANLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>WILKENS,<br><br>  Defendant. | Case No.: 1:22-cv-00404-SAB (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE THIS ACTION AS A REGULAR CIVIL ACTION AND RANDOMLY ASSIGN A DISTRICT JUDGE |

On April 8, 2022, Plaintiff Rolland Hanley, an inmate at the Merced County Jail proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. The action was administratively designated as one involving a prisoner litigating conditions of his jail confinement. The Court has reviewed the second complaint and determined that the present action involves allegations of physical force used during arrest, rather than conditions of jail confinement.

Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil action (440). The Clerk of the Court is further directed to assign a district court judge to this action.

IT IS SO ORDERED.

Dated: **July 27, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1