# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLLAND HANLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. WILKENS,<br><br>　　　　Defendant. | Case No.: 1:22-cv-0404 JLT SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE MEDICAL EVIDENCE IN SUPPORT OF HIS OBJECTIONS |

　　　　Plaintiff filed objections to the Findings and Recommendations, which recommend granting Defendant's motion to dismiss for failure to prosecute, asserting that "at all times the mail was being sent to the Plaintiff, he was being treated for mental health related issues at different mental health facilities, suffering from severe mental illnesses." (Doc. 30 at 2.) He contends that his "mental health illness has stabilized," and he wishes to proceed. (*Id.*) However, the cursory information provided to the Court in the objections is insufficient for it to determine whether Plaintiff's prior inaction in this matter should be excused, given the lack of specific information regarding Plaintiff's mental health treatment.

　　　　Accordingly, the Court **ORDERS**: Plaintiff **SHALL** file medical evidence in support of his objections—including any diagnoses, documentation identifying the specific dates when he received treatment, and the facilities where he received this care— **within 21 days** of the date of service of this order. At that time, the Court will consider the medical evidence in conjunction with the objections.

1

**<u>Failure to comply with this order will result in the Court finding Plaintiff is unable to do so and adopting the recommendation for dismissal</u>**.

     No further briefs may be filed by either party.

IT IS SO ORDERED.

Dated:   **February 27, 2025**　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE